AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JOHN R. FRANZ,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:  **3:14-cv-00556-RCJ-WGC**

DALE RUTHERFORD, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed in its entirety, with prejudice, as amendment would be futile for failure to state a claim.
     **IT IS FURTHER ORDERED** that this Court certifies that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

|  March 25, 2015  | **LANCE S. WILSON**  |
|---|---|
|  | Clerk |
|  | /s/ D. R. Morgan |
|  | Deputy Clerk |