# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. FRANZ, ) | |
| ) | |
| Plaintiff, ) | 3:14-cv-00556-RCJ-WGC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DALE RUTHERFORD et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff sued Defendants for violations of his civil rights under 42 U.S.C. § 1983. The Court dismissed the complaint upon screening. Plaintiff has asked the Court to reconsider. The Court declines to reconsider.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated this 13th day of April, 2015.

_____
ROBERT C. JONES
United States District Judge